# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHYLLIS SCHULTZ, ) | |
| ) | 2:06-cv-01051-RCJ-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered April 10, 2008 (#19). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered April 10, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#19) be affirmed and adopted.

IT IS FURTHER ORDERED that the Defendant's Motion for Remand (#17) is hereby **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal (#14) is hereby **GRANTED**.

1	IT IS FURTHER ORDERED that this case be **REMANDED** to the
2	Administrative Law Judge for an award of benefits.
3	DATED: April 30, 2008

_____
UNITED STATED DISTRICT COURT